IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY LEWIS ABUANBAR,** | Case No. 2:21-cv-00347-GGH |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **S. PEERY, Warden,** | |
| Respondent. | |

Upon considering Respondent's request (ECF No. 14), and good cause appearing, Respondent shall have an additional SIXTY (60) days, to and including July 12, 2021, within which to file an Answer to Petitioner's Petition for Writ of Habeas Corpus.

Dated: May 13, 2021

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE