UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEWIS ABUANBAR,<br><br>Petitioner,<br><br>v.<br><br>S. PEERY, Warden,<br><br>Respondent. | No.  2:21-cv-0347 KJM GGH P<br><br><br><br>ORDER |

      Petitioner has requested an extension of time to file a traverse.  ECF No. 19. Good cause appearing, the undersigned will grant petitioner's request.

      In addition, petitioner has requested the appointment of counsel. ECF No. 19 at 1. There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases. The court has tentatively reviewed the merits of the petition. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (ECF No. 19) is granted;

      2. Petitioner shall file a traverse within thirty days from the date of this order; and

3. Petitioner's motion for appointment of counsel (ECF No. 19) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: August 30, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE